

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Anthony Chavez, DEFENDANT(S). | CASE NUMBER 2:21-mj-03769 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___8/18___, at ___12:00___ ☐ a.m. / ☒ p.m. before the Honorable ___J. Choojian___, in Courtroom ___750___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___8/13/2021___                    _____
                                                          U.S. District Judge/Magistrate Judge